ERICA L. NIEMANN et al., as Coadministrators of the Estate of TIMOTHY W. NIEMANN, Deceased, Appellants, v ST. JOSEPH'S HOSPITAL HEALTH CENTER et al., Respondents, et al., Defendants.

Submitted November 28, 2011; decided January 12, 2012

Reported below, 87 AD3d 1395.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

———

BRUCE OVITZ, Appellant, v BLOOMBERG L.P. et al., Respondents.

Submitted January 9, 2012; decided January 12, 2012

Reported below, 77 AD3d 515.

Motion by Sirius XM Radio Inc. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

———

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES EXTALE, Appellant.

Submitted January 9, 2012; decided January 12, 2012

Reported below, 78 AD3d 1519.

Motion by District Attorneys Association of the State of New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

———

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN L. HARRIS, Appellant.

Submitted December 19, 2011; decided January 12, 2012

Reported below, 88 AD3d 83.

Motion for waiver of strict compliance with the requirements of the Rules of Practice of the Court of Appeals granted only to the extent that the appeal may be prosecuted upon the original file and an original and seven copies of appellant's appendix.